1

2

3

4

5

6

7

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10   SAN JOSE DIVISION

11

12   SCOTT JOHNSON,

          Plaintiff,                         Case No.  17-cv-00745-HRL

13

14          v.                               **ORDER TO SHOW CAUSE RE
                                             SETTLEMENT**
15   ANGELA HUYNH, et al.,                    Dkt. No. 25

          Defendants.

16

17          The court having been informed that this case has settled, all previously scheduled

18   deadlines and appearances are vacated.

19          On or before February 6, 2018, the parties shall file a stipulated dismissal pursuant to Fed.

20   R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in

21   Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

22   California on February 13, 2018, at 10:00 a.m. and show cause, if any, why the case should not be

23   dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in

24   response to this Order to Show Cause no later than February 6, 2018, advising as to (1) the status

25   of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26   requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

27   Order to Show Cause hearing will be automatically vacated and the parties need not file a

28   statement in response to this Order.

**IT IS SO ORDERED.**

Dated: December 11, 2017



_____
Howard R. Lloyd
United States Magistrate Judge